UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

EOG STRATEGIC FUND I, LP et al,          :

                 Plaintiff,      :

           -v-           :         26-CV-480 (JMF)

PRISMA AI CORPORATION PTE. LTD et al,  :         ORDER

                Defendants.    :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiffs, EOG Strategic Fund I, LP ("EOG"), Intraworks Strategic Fund I, LP ("Intraworks"), Legacy of Takeo Holdings, LLC ("Legacy"), Vantage Retirement Plans, LLC ("Vantage"), and Keanu Ellen bring this action against several Defendants, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship. *See* 28 U.S.C. § 1332. Plaintiffs allege that none of the partners or members of the limited partnership ("LP") or limited liability company ("LLC") Plaintiffs are citizens of New York. *See* ECF No. 1 ("Complaint") ¶¶ 8-13. They further allege that Defendants, to the extent their identities are known, are citizens or subjects of a foreign state, namely, Signapore and India. *See id.* ¶¶ 14-17.

It is well established that unincorporated associations, including LPs and LLCs, are deemed to be a citizen of each state of which its members are citizens. *See, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000); *see also Altissima Ltd. v. One Niagara LLC*, No. 08-CV-756S(M), 2010 WL 3504798, at *2 (W.D.N.Y. Sept. 2, 2010) (noting that every other Court of Appeals to have considered LLC citizenship has held that an LLC has the citizenship of all of its members). Thus, a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LP or LLC and the place of

incorporation and principal place of business of any corporate entities that are members of the LP or LLC (including the citizenship of any members that are themselves LPs or LLCs). *See Handelsman*, 213 F.3d at 51-52; *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010). Additionally, a party's citizenship, including the citizenship of LP or LLC members, "must be affirmatively pled." *Prospect Funding Holdings, LLC v. Fennell*, No. 15-CV-4176 (LLS), 2015 WL 4477120, at *1 (S.D.N.Y. July 15, 2015); *see also, e.g.*, *Flemming v. Port Auth. of New York & New Jersey*, No. 21-CV-1112 (BMC), 2021 WL 878558, at *1 (E.D.N.Y. Mar. 9, 2021) ("It is not enough to allege, in conclusory fashion, that none of a[n] LLC[] [party's] members are citizens of the same state as [the opposing party].").

In the present case, the Complaint fails to affirmatively plead the citizenship of each member of the Plaintiff LPs and LLCs. This failure is particularly problematic insofar as the presence of non-U.S. citizens on both sides of the case would destroy complete diversity. *See Corporacion Venezolana de Fomento v. Vintero Sales Corp.*, 629 F.2d 786, 790 (2d Cir. 1980). Moreover, the Complaint also fails to affirmatively allege the citizenship of Brett Ellen Roth IRA, on whose behalf Vantage sues. *See* Compl. ¶ 11.

Accordingly, it is hereby ORDERED that, on or before **February 5, 2026**, Plaintiffs shall amend their Complaint to affirmatively allege the citizenship of each constituent person or entity comprising the Plaintiff LPs and LLCs as well as the citizenship of Brett Ellen Roth IRA. To the extent Plaintiffs believe that the latter's citizenship does not factor into the diversity analysis, Plaintiffs may alternatively file a letter along with their amended Complaint explaining the basis for that position. If, by that date, Plaintiffs are unable to amend the Complaint to truthfully

2

allege complete diversity of citizenship, then the Complaint will be dismissed for lack of subject

matter jurisdiction without further notice to either party.

     SO ORDERED.

Dated: January 22, 2026
     New York, New York

_____
          JESSE M. FURMAN
        United States District Judge