UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
INTRAWORKS STRATEGIC FUND I, LP, *f/k/a EOG*                        :
*Strategic Fund I, LP*, et al,                                      :
                                                                   :          26-CV-480 (JMF)
                                        Plaintiffs,                 :
                                                                   :            ORDER
            -v-                                                     :
                                                                   :
PRISMA AI CORPORATION PTE. LTD. et al,                             :
                                                                   :
                                        Defendants.                :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Complaint in this case was filed with the Court on January 20, 2026, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendants.  In view of that and the lack of an appearance by Defendants, the initial pretrial conference currently scheduled for April 23, 2026, *see* ECF No. 9, is ADJOURNED to **June 11, 2026.**

        If Plaintiffs believe that Defendants have been served, Plaintiffs shall communicate with the Court, in writing, when and in what manner such service was made **no later than April 21, 2026**.  If Defendants have not yet been served, Plaintiffs shall file a letter **by the same date** updating the Court about the status of service and (in light of the fact that Defendants are foreign and Rule 4(m) of the Federal Rules of Civil Procedure therefore does not apply) proposing a deadline for service.

        Finally, Plaintiffs are directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **April 21, 2026**.  If unaware of the identity of counsel for Defendants, counsel receiving this Order must forthwith send a copy of this Order to that party personally.

        SO ORDERED.

Dated:  April 14, 2026
        New York, New York                    _____
                                              JESSE M. FURMAN
                                              United States District Judge