UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                 :

INTRAWORKS STRATEGIC FUND I, LP, *f/k/a EOG*
*Strategic Fund I, LP*, et al,                  :

                                      Plaintiffs,       :             26-CV-480 (JMF)

                              :

                  -v-                      :             ORDER

                              :

PRISMA AI CORPORATION PTE. LTD. et al,     :

                              :

                        Defendants.     :

                              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 14, 2026 Order, ECF No. 14, Plaintiffs were required to file a letter, the contents of which are described therein, **no later than April 21, 2026**. To date, Plaintiffs have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 24, 2026**. Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: April 22, 2026
       New York, New York                                  _____
                                            JESSE M. FURMAN
                                       United States District Judge